MAY 23, 1941

No. 45955.——Protests 988961–G, etc., of Japan Paper Co., Inc. Abstract 45708. Application by plaintiff for rehearing denied.

MAY 24, 1941

No. 45956.— 5531–R of Union Brokerage Co., Inc. Abstract 45651. Application by Government for rehearing granted.

MAY 26, 1941

No. 45957.——Protest 47977–K of Moscahlades Bros., Inc. Abstract 45533. Application by Government for rehearing denied.

No. 45958.——Protest 53217–K of J. Ossola Co., Inc. Abstract 45534. Application by Government for rehearing denied.

No. 45959.——Protests 47976–K, etc., of Andrew Makris & Bros. et al. Abstract 45540. Application by Government for rehearing denied.

MAY 20, 1941

No. 45960.—Suit 4323.— United States v. B. Holman, Inc. Abstract 43635 reversed. C. A. D. 164.

MAY 24, 1941

No. 45961.—Suit 4093.——B. Holman, Inc. v. United States. T. D. 48852 modified. C. A. D. 163.

MAY 27, 1941

No. 45962.—Suit 4325.——C. H. Powell Co., Inc. (Douredoure Bros.) v. United States. Reap. Dec. 4919 affirmed. C. A. D. 160.

No. 45963.—Suit 4329.——Atlas Marine Supply Co. v. United States. Abstract 44000 reversed. C. A. D. 165.

BEFORE THE FIRST DIVISION, MAY 28, 1941

No. 45964.—Protests 499303–G, etc., of Canat & De La Chapelle, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hat bodies similar in all material respects to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 45965.—Protests 50549–K, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.